UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Midwest Agriculture Warehouse Co.,

Plaintiff,

vs.

American Prairie, Inc.,
Clayton Petersen; Ryan Bushman;
Green Star Agricultural Services, Inc.;
and American Prairie of Iowa, Inc.,

Defendants.

CASE NO. 01-68RHK/JMM

**STIPULATION FOR EXTENSION OF TIME TO ANSWER** and ORDER

---

The parties hereto by and through their respective counsel, hereby stipulate and agree that the Defendants' time for Answering or otherwise responding to Plaintiff's Complaint in the above captioned matter is hereby extended up to and including March 7, 2001. It is specifically agreed between the parties that this extension preserves any and all rights of the Defendants to answer, otherwise respond, or assert any and all claims or defenses.

Date: 2/8/01

Charles F. Webber
ID #215247
FAEGRE & BENSON, L.L.P.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000
Attorneys for Plaintiff

Date: Feb 7, 2001

Thomas P. Melloy
ID #191425
HALL & BYERS, P.A.
1010 West St. Germain
Suite 600
St. Cloud, MN 56301
(320) 252-4414
Attorneys for Defendant, Clayton Petersen

F:\DATA\lt\petersen\tm020501stp.wpd

FEB 12 2001
CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the Stipulation of the parties the time for Defendants to answer or otherwise respond to Plaintiff's Complaint as detailed in the above Stipulation is hereby extended up to and including March 7, 2001.

Dated this 9 day of February, 2001.

Judge of District Court