UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Midwest Agriculture Warehouse Co.,

Plaintiff,

Civil No. 01-68 (RHK/JMM)

vs.

**ORDER**

American Prairie, Inc., Clayton Petersen, Ryan Bushman, Green Star Agricultural Services, Inc., and American Prairie of Iowa, Inc.,

Defendants.

---

The Court has determined that Plaintiff's Motion to Dismiss Counts 6 and 7 of Defendants' Counterclaim will be submitted without oral argument; the May 14 hearing is **CANCELED**.

Dated: May 10, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK