**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Midwest Agriculture Warehouse Co.,

Plaintiff,

vs.

American Prairie, Inc., Clayton Petersen, Ryan Bushman, Green Star Agricultural Services, Inc. and American Prairie of Iowa, Inc.,

Defendants and Counterclaimants.

---

Civil No. 01-68 (RHK/JMM)

**ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER AND EXTENDING THE NON-EXPERT DISCOVERY DEADLINE TO NOVEMBER 22, 2001**

The above-entitled action came before the undersigned Magistrate Judge of the United States District Court upon the motion of plaintiff Midwest Agriculture Warehouse Co. to extend the non-expert discovery deadline. The defendants/counterclaimants supported this motion.

The Court, having reviewed the memoranda submitted by the parties, having considered all of the files, records and proceedings in this action, and being otherwise fully advised,

**IT IS HEREBY ORDERED** that the non-expert discovery deadline is extend in the above referenced case to November 22, 2001. All other deadlines remain fixed.

Dated: 10/31/, 2001.

BY THE COURT:

The Honorable John M. Mason
United States District Court Magistrate Judge

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____