**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Midwest Agriculture Warehouse, Co.,

Plaintiff,

vs.

American Prairie, Inc., Clayton Petersen, Ryan Bushman, Green Star Agricultural Services, Inc. and American Prairie of Iowa, Inc.,

Defendants and Counterclaimants.

Civil No. 01-68 (RHK/JMM)

**ORDER OF DISMISSAL**

This matter came before the Court on the stipulation of the plaintiff and defendants to an order dismissing all of the plaintiff's claims against the defendants and dismissing all of the defendants' counterclaims against plaintiff in this case with prejudice and on the merits. Based on the stipulation between the plaintiff and defendants, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that all claims and counterclaims in this action are hereby DISMISSED in their entirety, on the merits and with prejudice pursuant to settlement. The plaintiff and defendants shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: 3/28, 2002

RICHARD H. KYLE
UNITED STATES DISTRICT JUDGE

M2:20448026.01

MAR 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Midwest Agriculture Warehouse, Co.,

Plaintiff,

vs.

American Prairie, Inc., Clayton Petersen, Ryan Bushman, Green Star Agricultural Services, Inc. and American Prairie of Iowa, Inc.,

Defendants and Counterclaimants.

Civil No. 01-68 (RHK/JMM)

**STIPULATION OF DISMISSAL**

The plaintiff and defendants, by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against the defendants and all counterclaims against the plaintiff may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

Dated: 2-21, 2002

**FAEGRE & BENSON LLP**

Charles F. Webber (#215247)
Lianne C. Knych (#268896)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Plaintiff

Dated: March 15, 2002

**HALL & BYERS, P.A.**

Thomas P. Melloy, Esq.
1010 West St. Germain
Suite 600
St. Cloud, MN 56301
(320) 252-4414

Attorneys for Defendants

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______